OPINION — AG -** RETIREMENT — POLICE PENSION — DEFINITIONS ** (1) WITH REGARD TO THE LEGAL REQUIREMENTS GOVERNING PARTICIPATION IN THE POLICE PENSION AND RETIREMENT SYSTEM, ESTABLISHED BY 11 O.S. 50-101 [11-50-101] ET SEQ. (A) THE TERM "OFFICER" AS DEFINED IN 11 O.S. 50-101 [11-50-101](6) DOES 'NOT' INCLUDE MUNICIPAL PERSONNEL WHO ARE NOT COMMISSIONED LAW ENFORCEMENT OFFICERS AND WHO ARE NOT AUTHORIZED TO BEAR ARMS; (B) THE OKLAHOMA POLICE PENSION AND RETIREMENT BOARD MAY NOT COMPEL MUNICIPALITIES TO INCLUDE AS MEMBERS OF THE POLICE PENSION AND RETIREMENT SYSTEM PERSONNEL WHO ARE NOT OFFICERS AS DEFINED IN 11 O.S. 50-101 [11-50-101](6) (2) CIVILIAN PERSONNEL OF A MUNICIPAL POLICE DEPARTMENT WHO ARE NOT COMMISSIONED POLICE OFFICERS AND ARE NOT AUTHORIZED TO BEAR ARMS ARE NOT PROPERLY INCLUDED IN THE BARGAINING UNIT FOR PURPOSES OF THE POLICE AND FIRE ARBITRATION ACT, 11 O.S. 51-101 [11-51-101] ET SEQ. (3) WITH REGARD TO THE PROVISIONS OF THE LAW GOVERNING THE PAYMENT OF DISABILITY PENSIONS UNDER THE TERMS OF THE POLICE PENSION AND RETIREMENT SYSTEM AT 11 O.S. 50-101 [11-50-101] ET SEQ: (A) 11 O.S. 50-115 [11-50-115], APPLIES SOLELY TO CASES OF PERMANENT DISABILITY; (B) 11 O.S. 50-116 [11-50-116], APPLIES SOLELY TO CASES OF TEMPORARY DISABILITY; (C) POLICE OFFICERS MUST BE DISABLED AS A CONSEQUENCES OF ILLNESS OR INJURY RECEIVED IN THE PERFORMANCE OF DUTY IN ORDER TO QUALIFY FOR TEMPORARY DISABILITY BENEFITS AND, IN SOME CIRCUMSTANCES, DEPENDENT UPON THE FACTS, TO QUALIFY FOR PERMANENT DISABILITY BENEFITS, ALL AS EXPRESSLY PROVIDED IN 11 O.S. 50-115 [11-50-115], 11 O.S. 50-116 [11-50-116]; (D) THE POLICE PENSION AND RETIREMENT BOARD IS OBLIGATED TO MAKE PAYMENT IN THOSE CASES WHERE, AS A MATTER OF FACT, IT IS ESTABLISHED THAT ALL REQUIRED CERTIFICATION AND RELATED CONDITIONS WHICH ARE PREDICATES TO ENTITLEMENT TO BENEFITS HAVE BEEN SATISFIED. (BARGAINING UNIT, PUBLIC EMPLOYEES RELATIONS BOARD, AUXILIARY PERSONNEL AUXILIARY POLICE, COLLECTIVE BARGAINING) CITE: 11 O.S. 51-103 [11-51-103](A), 11 O.S. 51-102 [11-51-102](1) 11 O.S. 51-101 [11-51-101], 11 O.S. 50-118 [11-50-118] 11 O.S. 50-117 [11-50-117], 11 O.S. 50-116 [11-50-116] 11 O.S. 50-115 [11-50-115], 11 O.S. 50-114 [11-50-114] 11 O.S. 50-113 [11-50-113], 11 O.S. 50-112 [11-50-112] 11 O.S. 50-111.1 [11-50-111.1], 11 O.S. 50-105.2 [11-50-105.2](I) 11 O.S. 50-101 [11-50-101](7), 11 O.S. 50-101 [11-50-101](6) (JAMES B. FRANKS) ** SEE: OPINION NO. 87-125 (1988)